IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**KATHERINE ELAINE FREEMAN**,<br><br>Defendant. | Case No. 21-CR-121-JFH-2 |

## OPINION AND ORDER

Before the Court is a sealed motion seeking leave to dismiss the superseding indictment [Dkt. No. 27] without prejudice against Defendant Katherine Elaine Freeman ("Defendant") filed by the United States of America ("Government"). Dkt. No. 164.

Under Federal Rule of Criminal Procedure 48(a), "courts must grant prosecutors leave to dismiss charges unless dismissal is clearly contrary to manifest public interest." *United States v. Robertson*, 45 F.3d 1423, 1437 n.14 (10th Cir. 1995) (quoting *Rinaldi v. United States*, 434 U.S. 22, 30 (1977)). Based on the facts set out in the motion, the Court concludes that dismissal of the superseding indictment against Defendant is not contrary to the public interest, nor is it for an improper purpose. Accordingly, the Government's motion seeking leave to dismiss should be granted.

IT IS THEREFORE ORDERED that the Government's sealed motion seeking leave to dismiss [Dkt. No. 164] is GRANTED and the superseding indictment [Dkt. No. 27] is dismissed without prejudice against Defendant Katherine Elaine Freeman.

IT IS FURTHER ORDERED that Defendant Katherine Elaine Freeman is released. The Court Clerk's Office is directed to provide a copy of this Order to the United States Marshals.

c/USM

Dated this 15th day of December 2023.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE